IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEN THOMASON**, | ) |
| Plaintiff, | ) ) ) |
| V. | ) Civil No. **10-412-MJR** |
| **CITY OF ST. ELMO, et al.**, | ) ) ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendants' motion to compel plaintiff to respond to interrogatories and requests for production propounded on or about July 15, 2010.  (Doc. 19.)   Plaintiff did not file a response to the motion.

**IT IS THEREFORE ORDERED** that, for good cause shown, defendants' motion to compel (Doc. 19) is **GRANTED**.  On or before **November 30, 2010**, plaintiff shall respond, without objection, to defendants' interrogatories and requests for production propounded on or about July 15, 2010.

**IT IS SO ORDERED.**

DATED: November 10, 2010

                                                 **s/ Clifford J. Proud**
                                               **CLIFFORD J. PROUD**
                                               **U. S. MAGISTRATE JUDGE**